UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   01 Civ. 7247 (CBA)(JMA)

                 Plaintiff,   **JUDGMENT**

    - against -

CLARENCE HOLLAND,

                Defendants.
-----------------------------------------------------------X

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 1 9 2005 ★
P.M. _____
TIME A.M. _____**

    An Order of the Honorable Carol Bagley Amon, United States District Judge, having been executed on December 30, 2002; with no objections having been filed; adopting the December 12, 2002, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, entering Judgment against defendant Clarence Holland in the amount of $11,644.83, comprised of $9,560.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $2,084.83 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

    ORDERED and ADJUDGED that the December 12, 2002, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Clarence Holland in the amount of $11,644.83, comprised of $9,560.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $2,084.83 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 16, 2005

                                 /s/ Robert C. Heinemann
                                 **Robert C. Heinemann
                                 Clerk of the Court**